## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **ROGER STEIN**, | 2:19-cv-10676 |
| Petitioner, | |
| v. | HON. TERRENCE G. BERG |
| **MATT MCCAULEY**, | |
| Respondent. | |

## AMENDED JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

Dated September 14, 2021.

DAVID J. WEAVER
CLERK OF THE

COURT APPROVED:

BY:  /s/A.Chubb
DEPUTY CLERK

/s/Terrence G. Berg
Terrence G. Berg
United States District Court